UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA,                    :
:
:
:
-v-                                                          :
:                    1:21-cr-491-GHW-1
:
:
CHRISTOPHER GAY,                             :           ORDER
                              Defendant.     :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2021

GREGORY H. WOODS, United States District Judge:

      The Court has scheduled a conference regarding the alleged violation of the conditions of the defendant's supervised release. The conference will take place on September 10, 2021 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties are directed to appear at that conference.

      SO ORDERED.

Dated: September 9, 2021
       New York, New York

                                                                          GREGORY H. WOODS
                                                                     United States District Judge