

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMORANDUM ENDORSED**

October 19, 2021

**BY ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021
```

Re:   *United States v. Christopher Gay*, 21 Cr. 491 (GHW)

Dear Judge Woods,

The Government writes to request an adjournment of the status conference scheduled for October 20, 2021 at 10:00 a.m. in the above referenced supervised release matter. An adjournment will allow for the resolution of the defendant's state court case involving the same conduct alleged in the Violation Report. The defendant's next court date in the state court action is November 23, 2021. Accordingly, the Government requests that the conference should be adjourned to a date in mid-December; this will allow defense counsel adequate time to confer with his client regarding a possible resolution of this case. Defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

Application granted.  The status conference scheduled in this matter for October 20, 2021 is adjourned to December 16, 2021 at 11:00 a.m.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated:  October 19, 2021
New York, New York

GREGORY H. WOODS
United States District Judge