

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMORANDUM ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2021

**BY ECF**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/8/2022
```

Re:   *United States v. Christopher Gay*, 21 Cr. 491 (GHW)

Dear Judge Woods,

The Government writes to request an adjournment of the status conference scheduled for March 9, 2022 at 10:00 a.m. in the above referenced supervised release matter. An adjournment will allow the parties to discuss a resolution of the matter in light of the defendant's plea in the related state court case involving the same conduct alleged in the Violation Report. Moreover, the U.S. Probation Office is expected to file an Amended Violation Report in the coming days. Accordingly, the Government requests that the conference be adjourned to a date in the next two to three weeks. Defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Jonathan Marvinny, Esq. (via ECF)

Application granted.  The status conference is adjourned to April 12, 2022 at 11:30 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13.

SO ORDERED.

Dated:  March 8, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge