UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
                                                             :
     UNITED STATES,                                          :
                                                             :
                                                             :
                        -v-                                  :
                                                             :
     CHRISTOPHER GAY,                                        :
                                                             :
                                   Defendant.  :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/12/22

1:21-cr-00491-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record during the April 12, 2022 conference, Defendant's *pro se* motion, Dkt. No. 15, is denied.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

SO ORDERED.

Dated:  April 12, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge