```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
: **ORDER**
- v. - :
:
CHRISTOPHER GAY, : 21 Cr. 491 (GHW)
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   WHEREAS, a hearing has been set by this Court for May 9, 2022, concerning reported violations of the conditions of supervised release by the defendant, Christopher Gay;

   AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for this District for the defendant, Christopher Gay, including records documenting the defendant's noncompliance with his terms of supervision, so as to prepare for the hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

   IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of the case file maintained for the defendant, Christopher Gay, to Assistant United States Attorney Camille L. Fletcher for his review.

   The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

SO ORDERED:

Dated: April 26, 2022
    New York, New York

                  _____
                  THE HONORABLE GREGORY H. WOODS
                  United States District Judge