```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES,                                            :
                                                              :
                                                              :
                          -v-                                 :         1:21-cr-00491-GHW
                                                              :
                                                              :
    CHRISTOPHER GAY,                                          :              ORDER
                                                              :
                                        Defendant.            :
------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/8/22

GREGORY H. WOODS, United States District Judge:

The hearing scheduled to take place on May 9, 2022 is adjourned to June 7, 2022 at 9:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 8, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge