UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                            :

UNITED STATES OF AMERICA,             :

-v-                                              :        1:21-cr-491-GHW-1

CHRISTOPHER GAY,                     :        ORDER
                          Defendant. :
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/2022

GREGORY H. WOODS, United States District Judge:

       On June 7, 2022 the defendant pleaded guilty to Specification One of the March 31, 2022 Amended Violation Report (the "Report"). For the reasons stated on the record during the hearing, the Court modified the conditions of the defendant's term of supervised release in the following manner.

       (1) The Court added the following additional condition of supervised release: The defendant shall perform community service at a rate of eighty (80) hours over the next sixty (60) days of supervised release, to be approved by the Probation Office.

       (2) The Court replaced the previously existing condition of supervised release requiring mental health treatment with the following condition: The defendant shall participate in an outpatient mental health treatment program approved by the United States Probation Office. The defendant shall continue to take any prescribed medications unless otherwise instructed by the health care provider. The defendant shall contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider.

The Court dismissed Specification Two in the Report upon motion by the United States.

SO ORDERED.

Dated: June 28, 2022
      New York, New York

                                                        GREGORY H. WOODS
                                                United States District Judge