UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                    :

               -against-                          :

CHRISTOPHER GAY,                             :

                   Defendant.    :

-----------------------------------------------------------------X

| USDC SDNY |
| :--- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 7/22/2024 |

1:21-cr-00491-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

During the status conference held on May 14, 2024, the Court scheduled a status conference for July 22, 2024 at 9:00 a.m.  A representative of the probation department appeared for the conference as scheduled (together with the Court's staff and court reporter), but none of the defendant, his counsel, or counsel for the United States appeared.

Counsel for the parties are directed to submit a joint letter to the Court no later than July 29, 2024.  That letter should explain the reasons for each of the parties' failure to appear for the scheduled conference and should describe their respective proposals for any further proceedings in this matter.

SO ORDERED.

Dated: July 22, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge