```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,                    :
                                             :
            -against-                        :
                                             :
CHRISTOPHER GAY,                             :           1:21-cr-491-GHW
                                             :
                        Defendant.           :                ORDER
------------------------------------------------------------ X
```

```
                                    USDC SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #: _____
                                    DATE FILED: 9/9/2025
```

GREGORY H. WOODS, United States District Judge:

WHEREAS, the defendant, Christopher Gay's five-year term of supervised release ended on August 17, 2025;

AND WHEREAS, the Parties and the United States Probation Office have requested the dismissal of all pending specifications;

IT IS HEREBY ORDERED that all pending specifications are dismissed.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 39.

SO ORDERED.

Dated: September 9, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge